**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Dwain Hewitt v. The State of Texas

Appellate case number:   01-22-00727-CR & 01-22-00728-CR

Trial court case number:  1681498 & 1763161

Trial court:              351st District Court of Harris County

On January 12, 2023, Mark Hochglaube filed a motion to substitute as counsel, informing this Court that the trial court had granted Scott Christopher Pope's motion to withdraw and had appointed Mark Hochglaube as appellant's counsel. Accordingly, we grant the motion to substitute. The Clerk of the Court is directed to note on the docket of this Court that Scott Christopher Pope has withdrawn from representing appellant and Mark Hochblaube is appellant's lead counsel.

It is so **ORDERED**.

Judge's signature: _____/s/ Terry Adams_____
☑ Acting individually     ☐ Acting for the Court

Date:  ____January 19, 2023_____